E-filing

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California |
|---|---|
| DOCKET NO. | DATE FILED MAR 2 7 2008 |

C08-01662 WDB

CLERK'S OFFICE
U.S. DISTRICT COURT
1301 CLAY STREET, SUITE 400S
OAKLAND, CA  94612-5212

| PLAINTIFF<br>CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; LAFACE RECORDS LLC; LAVA RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; and ATLANTIC RECORDING CORPORATION | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

# EXHIBIT A

# JOHN DOE

**IP Address:** 207.62.142.48 2007-10-16 09:08:39 EDT          **CASE ID#** 145106238

**P2P Network:** GnutellaUS          **Total Audio Files:** 1348

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Yellowcard | Miles Apart | Ocean Avenue | 343-413 |
| UMG Recordings, Inc. | Papa Roach | Scars | Getting Away With Murder | 360-567 |
| Virgin Records America, Inc. | Smashing Pumpkins | 1979 | Mellon Collie and the Infinite Sadness | 183-904 |
| UMG Recordings, Inc. | Lifehouse | You And Me | Lifehouse | 370-643 |
| LaFace Records LLC | Usher | Bedtime | My Way | 257-730 |
| Lava Records LLC | Simple Plan | I'm Just a Kid | No Pads, No Helmets…Just Balls | 351-060 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Wish You Were Here | Morning View | 306-181 |
| BMG Music | Foo Fighters | Best of You | In Your Honor | 377-762 |
| Atlantic Recording Corporation | Craig David | 7 Days | Born To Do It | 303-747 |
| UMG Recordings, Inc. | Ludacris | Area Codes | Area Codes (single) | 300-159 |