1  Dawniell Alise Zavala (CA State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:         dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   CAPITOL RECORDS, INC.; UMG
7  RECORDINGS, INC.; VIRGIN RECORDS
   AMERICA, INC.; LAFACE RECORDS
8  LLC; LAVA RECORDS LLC; SONY BMG
   MUSIC ENTERTAINMENT; BMG
9  MUSIC; and ATLANTIC RECORDING
10 CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; LAFACE RECORDS LLC, a Delaware limited liability company; LAVA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,<br><br>          Plaintiffs,<br><br>  v.<br><br>JOHN DOE,<br>          Defendant. | CASE NO. 4:08-cv-01662-WDB<br><br>Hon. Wayne D. Brazil<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

---

***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**
Case No. 4:08-cv-01662-WDB
#38406 v1

1    Plaintiffs respectfully request that the Court continue the case management conference currently set for July 3, 2008 at 4:00 p.m. to September 4, 2008.  As further explained below, Plaintiffs have discovered the identity of the Doe defendant in this case and the parties have reached a provisional settlement.  In support of their request, Plaintiffs state as follows:

2.   1.    The initial case management conference is set for July 3, 2008 at 4:00 p.m.  Plaintiffs have not requested any previous continuances of the case management conference in this matter.

3.   2.    Plaintiffs filed their Complaint for Copyright Infringement against Defendant John Doe ("Defendant") on March 27, 2008.  Plaintiffs did not have sufficient identifying information to name the defendant individually in the Complaint, but were able to identify Defendant by the Internet Protocol address assigned by Defendant's Internet Service Provider ("ISP").

4.   3.    In order to determine Defendant's true name and identity, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery on March 27, 2008, requesting that the Court enter an Order allowing Plaintiffs to serve a Rule 45 subpoena on the ISP.

5.   4.    The Court entered an Order for Leave to take Immediate Discovery on April 1, 2008, which Plaintiffs then served upon the ISP along with a Rule 45 subpoena.

6.   5.    Soon after Plaintiffs' subpoena was served upon the ISP, Defendant contacted Plaintiffs' settlement representatives and the parties have since engaged in several settlement discussions.  Plaintiffs now believe that a provisional settlement has been reached.

7.   6.    Plaintiffs therefore wish to give Defendant a brief period of time to conclude settlement negotiations before proceeding with the litigation.  If the case settles, Plaintiffs will promptly file appropriate dispositional documents.  If the case does not settle, Plaintiffs plan to file a First Amended Complaint naming Defendant individually and proceed to serve him with process.

*EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**
Case No. 4:08-cv-01662-WDB
#38406 v1

7. Given the foregoing circumstances, a case management conference is unnecessary at this time. Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for July 3, 2008 at 4:00 p.m. to September 4, 2008.

Dated:  June 23, 2008                                HOLME ROBERTS & OWEN LLP


By: _____*/s/ Dawniell Alise Zavala*_____
       DAWNIELL ALISE ZAVALA
       Attorney for Plaintiffs
       CAPITOL RECORDS, INC.; UMG
       RECORDINGS, INC.; VIRGIN
       RECORDS AMERICA, INC.; LAFACE
       RECORDS LLC; LAVA RECORDS
       LLC; SONY BMG MUSIC
       ENTERTAINMENT; BMG MUSIC;
       and ATLANTIC RECORDING
       CORPORATION

## [PROPOSED] ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for July 3, 2008 at 4:00 p.m. be continued to September 4, 2008.

Dated: _____        By: _____
                                             Honorable Wayne D. Brazil
                                             United States Magistrate Judge

*EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**
Case No. 4:08-cv-01662-WDB
#38406 v1