UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL RECORDS, et al. | No. C 08-1662 WDB |
| Plaintiffs, | NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE |
| v. | |
| JOHN DOE, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has received Plaintiff's *ex parte* application to continue the upcoming case management conference. You are hereby notified that the Case Management Conference originally scheduled for July 3, 2008, at 4:00 p.m. has been rescheduled to **Wednesday, September 10, 2008, at 4:00 p.m.** Lead trial counsel for each party must participate in the case management conference. By no later than Wednesday, September 3, 2008, the parties must file a Joint Case Management Conference Statement.

Dated: June 25, 2008

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By:  Sarah Weinstein
     Law Clerk

Copies to:
    All parties,
    WDB, Stats