Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: dawniell.zavala@hro.com

Attorneys for Plaintiffs,
CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; LAFACE RECORDS LLC; LAVA RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; and ATLANTIC RECORDING CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; LAFACE RECORDS LLC, a Delaware limited liability company; LAVA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>JOHN DOE,<br>　　　　　Defendant. | CASE NO. 4:08-cv-01662-WDB<br><br>Hon. Wayne D. Brazil<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 4:08-cv-01662-WDB
#38986 v1

1      Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs CAPITOL RECORDS, INC., *et al*.
2 voluntarily dismiss without prejudice their copyright infringement claim against Defendant John
3 Doe, also identified as ID # 145106238 with IP address 207.62.142.48 2007-10-16 09:08:39 EDT,
4 each party to bear its/his own fees and costs.  The Clerk of Court is respectfully requested to close
5 this case.

7 Dated: July 24, 2008                          HOLME ROBERTS & OWEN LLP

9                                    By:      */s/ Dawniell Alise Zavala*
                                            DAWNIELL ALISE ZAVALA
                                            Attorney for Plaintiffs
                                            CAPITOL RECORDS, INC.; UMG
                                            RECORDINGS, INC.; VIRGIN
                                            RECORDS AMERICA, INC.; LAFACE
                                            RECORDS LLC; LAVA RECORDS
                                            LLC; SONY BMG MUSIC
                                            ENTERTAINMENT; BMG MUSIC;
                                            and ATLANTIC RECORDING
                                            CORPORATION

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 4:08-cv-01662-WDB
#38986 v1